UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ANGEL ALFREDO LEIVA GARCIA,** §<br>§<br>*Petitioner,* §<br>§<br>v. §<br>§<br>**TODD LYONS,** *Acting Director, ICE*; and §<br>**MARY DE ANDA-YBARRA,** *Field Office* §<br>*Director for Enforcement and Removal* §<br>*Operations,* §<br>*Respondents.* §<br>§<br>§ | EP-25-CV-00242-DCG |

## ORDER FOR RESPONDENTS TO SHOW CAUSE

Angel Alfredo Leiva Garcia ("Petitioner") brings forth a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Pet., ECF No. 1. Therein, Petitioner alleges that he has been detained since June 23, 2025, and has not yet had a custody determination in violation of 8 C.F.R. § 287.3(d). He further alleges violations of his Fourth and Fifth Amendment rights. Pet., ECF No. 1, at 2, 7.

After an initial review of the Petition, the Court is of the opinion that the Petition shall be **SERVED** on the Government ("Respondents").

**IT IS ORDERED** that the Clerk's Office shall furnish the Office of the United States Attorney in El Paso, Texas, with copies of the Petition (ECF No. 1) and the instant Memorandum Order, and that such delivery shall constitute sufficient service of process.

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response to the Petition (ECF No. 1) no later than **July 14, 2025.**[1]

---

[1] Courts have held that the strict time limits set forth in § 2243, a provision enacted in 1948, are subordinate to the district court's authority to set deadlines under Rule 4 of Rules Governing Section 2254 Cases in the United States District Courts, which Congress approved in 1976. *See Y.V.S. v. Wolf*, No. EP-

**So ORDERED and SIGNED this 2nd day of July 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

20-CV-00228-DCG, 2020 WL 4926545, at *1 (W.D. Tex. Aug. 21, 2020); *see also Diaz-Ortega v. Lund*, No. 1:19-CV-670-P, 2019 WL 13292924, at *2 (W.D. La. June 28, 2019) (same); *see also Martin v. Hebert*, No. 21-CV-208, 2021 WL 299198, at *1 (W.D. La. Jan. 28, 2021) (same).  It is the Court's view that allowing Respondents more time to conduct a full review of all available and pertinent evidence is reasonable.